LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.
Keren E. Gesund (SBN# 253242)
Email : keren@rcornishlaw.com
Tel: (702) 300-1180/Fax: (571) 290-6052
680 South Cache Street, Suite 100
Jackson, WY 83001

*Attorneys for Plaintiff Monarch Blockchain*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MONARCH BLOCKCHAIN
CORPROATION, a Nevada Corporation;

       *Plaintiff,*

v.

WYRE PAYMENTS, INC., a Delaware
Corporation; and IOANNIS GIANNAROS,

       *Defendants.*

Case No.: 3:23-cv-04490

**CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSON**

      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no

conflict or interest (other than the named parties) to report.

      Dated: September 6, 2023

                             LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.
                             */s/ Keren E. Gesund*
                             Keren E. Gesund (SBN# 253242)
                             Email : keren@rcornishlaw.com
                             Tel: (702) 300-1180/Fax: (571) 290-6052
                             680 South Cache Street, Suite 100
                             Jackson, WY 8300

CERTIFICATION OF CONFLICTS AND ENTITIES          Case No. 3:23-cv-04490