UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONARCH BLOCKCHAIN
CORPORATION,

Plaintiff,

v.

WYRE PAYMENTS, INC., et al.,

Defendants.

Case No. 23-cv-04490-VC

**ORDER CONDITIONALLY
GRANTING MOTION TO SET ASIDE
ENTRY OF DEFAULT**

Re: Dkt. No. 21

      For the reasons discussed at the hearing, Giannaros's motion to set aside default is granted, on the condition that he pay Monarch any attorneys' fees that it incurred in obtaining the entry of default. Giannaros does not need to reimburse Monarch for fees associated with his motion to set aside default, such as fees incurred responding to the motion.

      **IT IS SO ORDERED.**

Dated: February 9, 2024

VINCE CHHABRIA
United States District Judge