UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONARCH BLOCKCHAIN CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>WYRE PAYMENTS, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-04490-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 36 |

The motion to dismiss the complaint is granted with leave to amend, for the reasons stated on the record at the hearing. Any amended complaint is due within 14 days of this ruling. Discovery can go forward immediately on the section 7434 claim once an amended complaint is filed. Any response to the amended complaint is due within 14 days of the filing of the amended complaint.

**IT IS SO ORDERED.**

Dated: May 10, 2024

VINCE CHHABRIA
United States District Judge